STATE OF NEW JERSEY v. JAMES R. HERBERT.

June 18, 1974. Petition for certification denied.

PURCELL ROBERTSON v. RONALD M. HEYMANN.

June 18, 1974. Petition for certification denied.

FRED PAUL v. BALTIMORE UPHOLSTERING COMPANY.

June 18, 1974. Petition for certification granted.

MOTOR CLUB OF AMERICA INSURANCE CO. v. CHARLES R. PHILLIPS.

June 18, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. MICHAEL J. HEDGES.

June 18, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROGER SNYDER.

June 18, 1974. Petition for certification denied.